# Gideon Orion Oliver

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

February 28, 2023

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Lachlan Cartwright v. City of New York, et al.,* 22-cv-07198 (NRB)

Your Honor:

I am co-counsel for Mr. Lachlan Cartwright. Mr. Cartwright has recently accepted an Offer of Judgment pursuant to Fed.R.Civ.P. 68 from certain Defendants represented by the Office of the Corporation Counsel in this matter.

I now write jointly with defense counsel to ask that the Court extend the deadline by which Plaintiff must file any application for attorney's fees, costs, and expenses until 60 days after the Court enters judgment in accordance with the Rule 68 Offer of Judgement. If the Court grants this application, the parties will use that time to exchange information, demands, and offers, and will attempt to settle Plaintiff's claim for attorney's fees, costs, and expenses without the need for intervention from the Court, if possible.

Additionally, the parties jointly ask that the Court cancel the initial pretrial conference scheduled to take place tomorrow, March 1, 2023.

The parties thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver

Applications granted. The
conference scheduled for tomorrow
is canceled.

**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Date:     February 28, 2023
          New York, NY